■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD HAWKS, Jr., Appellant. [652 NYS2d 575] —Judgment unanimously affirmed. Memorandum: The failure of the People to disclose the 911 tapes in a more timely manner was improper. County Court did not abuse its discretion, however, in denying preclusion and in imposing a less severe sanction (*see, People v Williams*, 227 AD2d 906). We decline to exercise our power to modify the sentence as a matter of discretion in

the interest of justice (*see,* CPL 470.15 [6] [b]). We have examined the arguments raised in the *pro se* supplemental brief and conclude that they lack merit. (Appeal from Judgment of Erie County Court, LaMendola, J.—Assault, 2nd Degree.) Present—Pine, J. P., Callahan, Doerr and Davis, JJ.